## FT. SMITH & W. R. CO. v. McKEE.

No. 4677.   Opinion Filed May 20, 1913.

(132 Pac. 497.)

**APPEAL AND ERROR—Record—Case-Made.** The filing of a case-made before the same is settled and signed by the trial judge and attested by the clerk is a mere nullity, not being authorized by law; and, where a case-made is not filed in the office of the clerk of the trial court after the same is settled and signed by the trial judge, the same cannot be considered in this court on appeal.

(Syllabus by the Court.)

*Error from County Court, Pittsburg County;*
*B. P. Hammond, Judge.*

Action by George W. McKee against the Ft. Smith & Western Railroad Company. Judgment for plaintiff, and defendant brings error. Dismissed.

*C. E. Warner,* for plaintiff in error.
*Miles & Anderson* and *Carl Monk,* for defendant in error.

HAYES, C. J.   The judgment from which this appeal is prosecuted was rendered on the 8th day of July, 1912. The case-made bears an indorsement purporting to show that it was filed in the office of the clerk of the county court on the 9th day of November, 1912; but the case-made was not signed and settled by the trial judge until the 25th day of November, 1912. There has therefore never been any valid filing of the case-made in the office of the clerk of the court; and the case-made is for that reason a nullity.

The statutory time within which to perfect an appeal to this court has expired; and there exists, therefore, no time within which plaintiff in error might withdraw the case-made and perfect same by filing it with the clerk of the trial court; and upon authority of *Brooks et al. v. United Mine*

*Workers of America et al.,* 36 Okla. 109, 128 Pac. 236, and *Marple v. Farmers' & Merchants' Nat. Bank,* 28 Okla. 810, 115 Pac. 1124, the appeal must be dismissed.

· All the Justices concur.